

**FILED**

**Feb 28, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1  MICHELE BECKWITH
Acting United States Attorney
2  CODY S. CHAPPLE
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    CASE NO. 1:25-MJ-00014-BAM

                        Plaintiff,
12
                        v.                       **ORDER TO REDACT INFORMATION
13                                               CONTAINED IN COMPLAINT AND UNSEAL**
    JESUS VALDEZ CASTENEDA,
14  CARLOS GERMAN FIERRO, and
    ALEJANDRO SOTO-MARES,
15
                        Defendants.
16

17       Upon Application of the United States of America, and good cause having been shown,

18       IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

19  that the complaint and arrest warrants shall be redacted as to:

20       1.  Telephone numbers belonging to defendants and the confidential victims; and

21       2.  Sensative information contained in Paragraph 7 and footnote 1 of the affidavit.

22       It is further ORDERED that the redacted complaint and arrest warrants be UNSEALED.

23

24

25
    Dated:        2/28/25                         _____
26                                                The Honorable Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE
27

28

                                      1