ERIC GRANT
United States Attorney
CODY S. CHAPPLE
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00048-KES-BAM |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; AND ORDER** |
| JESUS VALDEZ CASTENEDA, CARLOS GERMAN FIERRO, and ALEJANDRO SOTO-MARES, | |
| Defendants. | |

The parties stipulate as follows:

1.      A grand jury filed an indictment against defendants on March 13, 2025, and defendants were arraigned the next day. The parties continued the status conference by stipulation twice and appeared at the August 13, 2025, status conference. Presently, a status conference is set for October 22, 2025, with time excluded to that date.

2.      The Government produced initial discovery to defendants' counsel on March 17, 2025.

3.      On July 2, 2025, the Government extended plea offers to each defendant.

4.      Now, the parties have met and conferred and agree to another continuance of the status conference until December 10, 2025, to further provide defendants with reasonable time necessary for effective preparation, so that the defendants can review the discovery, and for defendants to consider a pre-trial resolution of the case.

1

1    5.    The parties also agree that the interests of justice served by granting this continuance

2  outweigh the best interests of the public and the defendants in a speedy trial. The parties agree that the

3  period from October 22, 2025, through December 10, 2025, should be excluded. Fed. R. Crim. P. 17.1;

4  18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

5    IT IS SO STIPULATED.

6

7  Dated:  October 15, 2025                ERIC GRANT
                                           United States Attorney

8

9                                          */s/ Cody Chapple*
                                           Cody Chapple

10                                         Arin Heinz
                                           Assistant United States Attorney

11

12

13  Dated:  October 15, 2025               */s/ Patrick S Aguirre*

14                                          Patrick S Aguirre
                                            Law Offices of Patrick S. Aguirre

15                                          Counsel for Jesus Valdez Casteneda

16

17

18  Dated:  October 15, 2025               */s/ Roger Shahriar Bonakdar*
                                            Roger Shahriar Bonakdar

19                                          Bonakdar Law Firm
                                            Counsel for Carlos German Fierro

20

21

22  Dated:  October 15, 2025               */s/ Erin M. Snider*
                                            Erin M. Snider

23                                          Office of the Federal Defender

24                                          Counsel for Alejandro Soto-Mares

25

26

27

28

2

## <u>ORDER</u>

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendants reasonable time to complete their review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1.     The status conference is continued from October 22, 2025, until **December 10, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**; and

2.     The period from October 22, 2025, through December 10, 2025, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:    **October 15, 2025**          /s/ *Barbara A. McAuliffe* _
                                             UNITED STATES MAGISTRATE JUDGE