**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 200
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorneys for Defendant, CARLOS GERMAN FIERRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS VALDEZ CASTENEDA;<br>CARLOS GERMAN FIERRO; and<br>ALEJANDRO SOTOS-MARES.<br><br>Defendants. | Case No.  1:25-CR-00048-KES-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON<br><br>Judge: Hon. Barbara A. McAuliffe<br><br>Status Conference: December 10, 2025<br>Time:  1:00 p.m.<br>Courtroom: 8, 6th Floor |

WHEREAS a Status Conference is scheduled herein for December 10, 2025.

The Parties have met and conferred and agree to another continuance of the status conference until February 25, 2026, to further provide Defendants with reasonable time necessary to prepare, review discovery, and consider pretrial resolution of the case, including any plea deals offered herein.

The parties also agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the Defendants in a speedy trial. The parties agree that the period from December 10 , 2025, through February 25, 2026, should be excluded. (Fed. R. Crim. P. 17.1; 18 USC §3161(h)(7)(A) and (h)(7)(B)(iv).

                                                      Respectfully submitted,

-1-

STIPULATION TO CONTINUE

| | | |
|---|---|---|
| DATED: December 3, 2025 | | ERIC GRANT<br>United States Attorney |
| | | */s/ Cody Chapple*<br>CODY CHAPPLE |
| DATED: December 3, 2025 | | BONAKDAR LAW FIRM |
| | | */s/ Roger S. Bonakdar*<br>ROGER S. BONAKDAR<br>Attorneys for Defendant<br>CARLOS GERMAN FIERRO |
| DATED: December 3, 2025 | | OFFICER OF THE FEDERAL DEFENDER |
| | | /s/ Erin M. Snider<br>Attorney for Defendant<br>Alejandro Soto-Mares |
| DATED: December 3, 2025 | | LAW OFFICES OF PATRICK S. AGUIRRE |
| | | /s/ Patrick S. Aguirre<br>Attorney for Defendant<br>Jesus Valdez Casteneda |

**ORDER**

IT IS SO ORDERED that the status conference is continued from December 10, 2025, to **February 25, 2026 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 USC §3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **December 4, 2025**        /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

-2-

STIPULATION TO CONTINUE