HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ALEJANDRO SOTO-MARES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00048-KES-EPG-3 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | Date:  Aug. 3, 2026 |
| ALEJANDRO SOTO-MARES, | Time:  9:30 a.m. |
| Defendant. | Judge: Hon. Kirk E. Sherriff |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Cody S. Chapple, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Alejandro Soto-Mares, that the Court may continue the sentencing hearing currently scheduled for June 29, 2026, to July 27, 2026, at 9:30 a.m.

Defense counsel inadvertently failed to calendar the agreed-upon date for a meeting pursuant to 18 U.S.C. 3553(f) and consequently was unavailable for the meeting as originally scheduled. Due to scheduling conflicts, the parties believe that the meeting will need to be rescheduled for early July. Counsel for the government does not oppose the request for a continuance of the sentencing hearing, and the July 27, 2026 date works for both parties.

**IT IS SO STIPULATED.**

/ / /

/ / /

Respectfully submitted,


ERIC GRANT
United States Attorney

Date: June 1, 2026          /s/ Cody S. Chapple
                            CODY S. CHAPPLE
                            Assistant United States Attorney
                            Attorney for Plaintiff


                            HEATHER E. WILLIAMS
                            Federal Defender

Date: June 1, 2026          /s/ Erin Snider
                            ERIN SNIDER
                            Assistant Federal Defender
                            Attorney for Defendant
                            ALEJANDRO SOTO-MARES


## **O R D E R**

**IT IS SO ORDERED.** The sentencing hearing scheduled for June 29, 2026, is hereby continued to **August 3, 2026**, at 9:30 a.m. before the Honorable Kirk E. Sherriff.


IT IS SO ORDERED.

Dated:   June 2, 2026

_____
UNITED STATES DISTRICT JUDGE

Soto-Mares – Stipulation to Continue Sentencing Hearing          2