ERIC GRANT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00048-KES-BAM |
| Plaintiff, | |
| v. | **STIPULATION TO SET OPEN CHANGE OF PLEA HEARING; AND ORDER** |
| JESUS VALDEZ CASTENEDA, | |
| Defendant. | |

The parties stipulate as follows:

1.      A grand jury filed an indictment against the defendant and two other co-defendants on March 13, 2025. They were arraigned the following day. The parties continued this case several times and it is now set for trial on September 8, 2026, with time excluded to that date.

2.      The Government produced initial discovery to defendants' counsel on March 17, 2025.

3.      On July 2, 2025, the Government extended plea offers to each defendant. The defendant rejected the offer.

4.      Now, the parties have met and conferred, and the defendant intends to enter an open plea of guilty. The defendant will file an Application for Permission to Enter Plea of Guilty concurrently with this stipulation. The parties therefore request the Court set a change of plea hearing on June 15, 2026. This date was cleared with the Court. The parties will move to vacate the trial as to this defendant at the

1

conclusion of the hearing.

IT IS SO STIPULATED.

Dated:  June 11, 2026

ERIC GRANT
United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Arin Heinz
Assistant United States Attorney

Dated:  June 11, 2026

*/s/ Patrick S Aguirre*
Patrick S Aguirre
Law Offices of Patrick S. Aguirre
Counsel for Jesus Valdez Casteneda

## ORDER

The Court has read and considered the parties' stipulation to set a change of plea hearing. A change-of-plea hearing is hereby set for June 15, 2026, at 9:30 a.m., before District Judge Kirk E. Sherriff.

IT IS SO ORDERED.

Dated:   June 12, 2026

UNITED STATES DISTRICT JUDGE

2